# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT FAULKJERMAINE72@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 2:23-mc-357-KFW<br><br>**FILED UNDER SEAL** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC ("Google"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in search warrant docket number 2:23-mj-355-KFW) of the existence of the search warrant until March 7, 2024.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving the target an opportunity to destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the search warrant issued in docket number 2:23-mj-355-KFW, or this Order of the Court, to the listed subscriber or to any other person, until March 7, 2024, except that Google may disclose the above-referenced search warrant to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until March 7, 2024.

　December 8, 2023　
Date

_____
Judge's Signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title